UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAMALA DUPSLOFF,<br>Plaintiff<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>Defendant. | Case No. 5:17-CV-01274-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: November 8, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE